**In the United States District Court
for the District of Kansas**

---

**United States of America**,
    Plaintiff,

v.                                                                                          Case No. 20-10017-01 EFM

**Aaron McDowell**,
    Defendant.

---

**Motion to Continue Motion Hearing**

---

Defendant Aaron McDowell, through undersigned counsel, moves this Court to continue the Government's motion hearing for 90 days, for the following reasons:

1.  On September 1, 2020, the government orally moved to dismiss, but requested that the hearing on the motion be heard following the sentencing hearing in United States v. McDowell, Case No. 20-10018-01-EFM, pursuant to the plea agreement in that case.

2.  The motion hearing is currently scheduled for Tuesday, December 22, 2020, at 10:00 a.m., along with the pending sentencing hearing in Case No. 20-10018-01-EFM.

3.  But Mr. McDowell has requested an in-person sentencing hearing in Case No. 20-10018-01-EFM. Counsel anticipates that in accordance with Administrative Order 2020-13, the in person sentencing hearing in that matter will be scheduled after February 15, 2021.

4. Counsel requests that the motion hearing in this matter be scheduled following the sentencing hearing Case No. 20-10018-01-EFM, so that the parties may resolve the pending motion to dismiss pursuant to terms of the plea agreement in that case.

5. Mr. McDowell requests that the motion hearing in this case be held in person. As this is not an emergency hearing, pursuant to Administrative Order 2020-13, any delay resulting from his request to continue is tolled for the purposes of the Speedy Trial Act under to the findings made in Administrative Order 2020-11, which counsel incorporates herein.

6. The government does not object to this request.

For the reasons discussed above, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id*. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

2

Defendant McDowell has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the period from the filing of this motion to the Court's order on the motion, and the period of the initial trial setting to the new trial setting scheduled by the Court.

Mr. McDowell therefore asks this Court to make the required findings and continue motion hearing for 90 days.

                                      Respectfully submitted,

                                      s/Mitch E. Biebighauser
                                      MITCH E. BIEBIGHAUSER
                                      Sup. Ct. No. 26515
                                      Assistant Federal Public Defender
                                      Federal Public Defender Office
                                      301 N. Main, Suite 850
                                      Wichita, KS 67202
                                      Telephone: (316) 269-6170
                                      Fax: (316) 269-6175
                                      E-mail: mitch_biebighauser@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on December 16, 2020, by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Jason Hart
    Assistant United States Attorney
    Jason.Hart2@usdoj.gov

                                      s/Mitch E. Biebighauser
                                      MITCH E. BIEBIGHAUSER, #26515